The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE D. TOURIS,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF VETERANS AFFAIRS; JOHN KING and JONATHON CLONTZ,<br>　　　　　　　　　Defendants. | NO. 3:05-cv-05188-RBL<br><br>ORDER ON STIPULATION TO CONTINUE CASE AND TRIAL SCHEDULE |

THIS MATTER having come before the undersigned judge of the above-entitled court, based on the stipulation of the parties, and taking into consideration that it is in the interests of the parties and judicial economy to stay the present case until the Supreme Court's decision is rendered. now, therefore,

IT IS HEREBY ORDERED that a Stay in this case and trial schedule be granted until such time as the U.S. Supreme Court renders its decision in <u>Garcetti et al. v. Ceballos</u>, No. 04-473.  At that time, a new trial schedule will be set.

ORDER ON STIPULATION TO
CONTINUE CASE AND TRIAL
SCHEDULE -- No.

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

1

2   DATED this 30th day of November, 2005.

3

4

5

6   RONALD B. LEIGHTON

7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON STIPULATION TO
CONTINUE CASE AND TRIAL
SCHEDULE -- No.

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600