05-CV-05188-ORD

The Honorable Ronald B. Leighton

FILED _____ LODGED
_____ RECEIVED

FEB - 5 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE D. TOURIS,<br>　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF VETERANS<br>AFFAIRS; JOHN KING and<br>JONATHON CLONTZ,<br>　　　　　Defendants. | NO. 3:05-cv-05188-RBL<br><br>~~(Proposed)~~<br><br>ORDER TO REOPEN CASE AND<br>SET CASE SCHEDULE |

THIS MATTER having come before the undersigned judge of the above-entitled court, based on the stipulation and motion of the parties, and taking into consideration that it is in the interests of the parties to lift the stay and set the case schedule, now, therefore,

IT IS HEREBY ORDERED that the stay in this case will lifted and a new case schedule will be set.

DATED this 5th day of February, 2007.

_____
JUDGE RONALD B. LEIGHTON

ORDER ON STIPULATED MOTION TO　　　　1
LIFT STAY AND SET FOR TRIAL

Law Offices of
Mann, Johnson, Wooster & McLaughlin, P.S.
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile