RECEIVED     The Honorable Ronald B. Leighton

2007 NOV -1  AM 10:54

ATTORNEY GENERALS OFFICE
TORTS DIVISION OLYMPIA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINE D. TOURIS, | Cause No.: 3:05-cv-05188-RBL |
| Plaintiff, | JUDGMENT |
| vs. | |
| WASHINGTON STATE DEPARTMENT OF VETERANS AFFAIRS; JOHN KING and JONATHON CLONTZ, | |
| Defendants. | |

JUDGMENT ___ FILED ___ LODGED
___ RECEIVED

NOV 19 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Pursuant to FRCP 68 and RCW 4.92, the following information should be entered in the Clerk's Execution Docket:

## I. SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor | Christine D. Touris |
| Judgment Debtor | Washington State Department of Veteran Affairs |
| Principal Judgment | $75,005.00 |
| Reasonable Attorney Fees | $14,778.00 |
| Costs | $2,525.38 |
| **Total Judgment** | **$92,308.38** |
| Attorney for Judgment Creditor | Richard H. Wooster, of Mann, Johnson, Wooster & McLaughlin, P.S. |
| Post Judgment Interest: | 7% per annum from 11/16/07 until judgment paid in full |

Page 1

JUDGMENT Cause No.: 3:05-cv-05188-RBL

Law Offices of
Mann, Johnson, Wooster & McLaughlin, P.S.
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

1   This matter came before the Court on the plaintiff's Motion to Confirm Judgment.

2   A hearing was held on plaintiff's motion on November 16, 2007. Plaintiffs appeared through their attorney of record, Richard H. Wooster of Mann, Johnson, Wooster & McLaughlin, P.S. Defendants appeared through their attorney of record Mark C. Jobson of the Office of the Attorney General.

    The court considered the pleadings filed in this action, the declaration of plaintiff's counsel, the proof of service on file and the declarations in support of motion confirming judgment.

    Based on the argument of counsel, the pleadings and evidence presented, the court finds that the amount of **$92,308.38** is a sum certain and defendants have been declared indebted to plaintiff.

    Based on the above findings, Judgment is entered as follows:

    1. Plaintiff is awarded judgment against defendants in the total amount of $ 92,308.38

    2. Plaintiff is awarded interest on the amount of the judgment at 7% from 11/16/07 until the judgment is paid in full.

    3. Plaintiff is awarded reasonable costs and attorneys' fees ~~of $~~ 17,303.38, included in the above total amount of judgment.

    4. The claims against the individual defendants, John King and Jonathan Clontz are dismissed, with prejudice and without costs.

    DATED this 19th day of November, 2007.

                                    _____
                                    The Honorable Ronald B. Leighton

Page 2

JUDGMENT Cause No.: 3:05-cv-05188-RBL

Law Offices of
Mann, Johnson, Wooster & McLaughlin, P.S.
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

Presented by:

MANN, JOHNSON, WOOSTER
& MCLAUGHLIN, P.S.

*[signature]*

Richard H. Wooster, WSBA#13752
Attorney for Plaintiffs

Form agreed to Notice of Presentment Waived:

Office of Attorney General Robert M. McKenna

*[signature]*

Mark Jobson WSBA #22171
Assistant Attorney General
Attorneys for Defendant

Page 3

JUDGMENT Cause No.: 3:05-cv-05188-RBL

Law Offices of
Mann, Johnson, Wooster & McLaughlin, P.S.
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile